1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| KARNELL LEWIS, | Case No. 13-cv-05907 NC |
|---|---|
| Plaintiff, | **ORDER REGARDING DISMISSAL** |
| v. | Re: Dkt. No. 9 |
| NELSON & KENNARD, and others, | |
| Defendants. | |

The Court responds to the Notice of Voluntary Dismissal and Proposed Order filed April 3, 2014, at docket entry 9. The request has two deficiencies.

First, the parties have neither consented nor declined the jurisdiction of a magistrate judge under 28 U.S.C. § 636. Absent consent, the court lacks jurisdiction to enter judgment. 28 U.S.C. § 636(c). A copy of the consent/declination form is attached to this order.

Second, the Notice of Request for Voluntary Dismissal cites to Federal Rule of Civil Procedure 41(a), which permits voluntary dismissal of an action without court order when the defendant has not answered the complaint or moved for summary judgment, as is the case here. Fed. R. Civ. P. 41(a)(1)(A). The Request, however, also seeks a court order.

1  Ordinarily, a voluntary dismissal by court order would be under Federal Rule of Civil
2  Procedure 41(a)(2), "on terms that the court considers proper." As the parties have not
3  submitted any details about the terms of the dismissal, the Court denies without prejudice
4  the request for a court-ordered dismissal.
5      Accordingly, the Court orders the parties to do the following within 14 days: (1)
6  either consent or decline the jurisdiction of a magistrate judge; and (2) file a voluntary
7  dismissal under Rule 41(a)(1), or a request and proposed order for dismissal under Rule
8  41(a)(2) that includes the terms of the settlement or dismissal.
9      IT IS SO ORDERED.
10     Date:  April 7, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-05907 NC
ORDER REGARDING DISMISSAL             2