# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karnell Lewis, <br><br> Plaintiff, <br><br> v. <br><br> Nelson and Kennard, and Northern California College dba No Cal College of Construction, <br><br> Defendants. | Case No: 3:13-cv-05907-NC <br><br> [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <br><br> HON. NATHANAEL M. COUSINS |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good for cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 24, 2014

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE


GRANTED
Judge Nathanael M. Cousins

[~~PROPOSED~~] ORDER                         - 1 of 1 -                         3:13-cv-05907-NC